# UNITED STATES DISTRICT COURT
Western District of Wisconsin

| | |
|---|---|
| **LAURI L. HOLMES,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | 08-cv-338-bbc |
| v. | |
| **MICHAEL J. ASTRUE,** Commissioner of Social Security, | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the decision of defendant Michael J. Astrue, Commissioner of Social Security, is AFFIRMED and plaintiff Lauri L. Holmes's appeal is DISMISSED.

PETER A. OPPENEER
_____
Peter A. Oppeneer, Clerk

Connie A. Korth
by Deputy Clerk

12/3/08
_____
Date